IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**CHASE DEAKLE and ROBERT STEPHENS,**         **PLAINTIFFS**
**Each Individually and on Behalf of All**
**Others Similarly Situated**

vs.          No. 1:22-cv-476-CG-N

**GRAYSON AIR CONDITIONING, INC.**         **DEFENDANT**

## CONSENT TO JOIN COLLECTIVE ACTION

I was employed as an hourly employee for Grayson Air Conditioning, Inc., within the past three years. I understand this lawsuit is being brought under the Fair Labor Standards Act for <u>unpaid wages</u>. I consent to becoming a party-plaintiff in this lawsuit, to be represented by Sanford Law Firm, PLLC, and to be bound by any settlement of this action or adjudication by the Court.

**RICHARD PERRY II**
May 3, 2023

**David Hughes, Esq.**
**HARDIN & HUGHES LLP**
**2121 14th Street**
**Tuscaloosa, Alabama 35401**
**Telephone: (205) 523-0463**
**Facsimile: (205) 756-4463**
**dhughes@hardinhughes.com**
*LOCAL COUNSEL FOR PLAINTIFFS*

**Colby Qualls, Esq.**
**SANFORD LAW FIRM, PLLC**
**Kirkpatrick Plaza**
**10800 Financial Centre Parkway, Suite 510**
**Little Rock, Arkansas 72211**
**Telephone: (501) 221-0088**
**Facsimile: (888) 787-2040**
**colby@sanfordlawfirm.com**
*LEAD COUNSEL FOR PLAINTIFFS*