IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHASE DEAKLE and ROBERT STEPHENS, Each Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GRAYSON AIR CONDITIONING, INC.<br><br>Defendant | Civil Action No. 1:22-cv-476-CG-N |

## MOTION TO WITHDRAW

COMES NOW J. Day Peake, of the law firm of Phelps Dunbar, LLP, and moves to withdraw as counsel of record for Defendant Grayson Air Conditioning, Inc. Caleb W. Diaz will continue serving as counsel for the Defendant.

WHEREFORE, PREMISES CONSIDERED, J. Day Peake respectfully moves this Honorable Court to grant an Order allowing his withdrawal as counsel for Defendant Grayson Air Conditioning, Inc.

Respectfully submitted,

/s/ *J. Day Peake, III*
J. Day Peake, III (asb-9462-j56p)
PHELPS DUNBAR LLP
101 Dauphin Street, Suite 1000
Mobile, Alabama 36602
Phone: 251.432.4481 Fax: 251.433.1820
day.peake@phelps.com

Caleb W. Diaz, Esq.
PHELPS DUNBAR LLP
101 Dauphin Street, Suite 1000
Mobile, Alabama 36602
Phone: 251.432.4481
caleb.diaz@phelps.com
*Attorneys for the Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2023, a true and correct copy of the foregoing was filed on CM/ECF and electronically served upon the following counsel of record:

Davis A. Hughes, Esq.
HARDIN & HUGHES, LLP
2121 14TH Street
Tuscaloosa, Alabama 35401
Phone: 205.523.0463
dhughes@hardinhughes.com

Colby Qualls, Esq.
SANFORD LAW FIRM, PLLC
10800 Financial Center Parkway, Ste. 510
Little Rock, Arkansas 72211
Phone: 501.904.1649 Fax: 888.787.2040
colby@sanfordlawfirm.com

***Attorney for the Plaintiffs***