# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHASE DEAKLE and ROBERT STEPHENS, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**GRAYSON AIR CONDITIONING, INC.**<br><br>**Defendant.** | **CIVIL ACTION NO.:**<br>**1-22-CV-00476** |

## PARTIES' JOINT STATUS REPORT

COME NOW Plaintiffs Chase Deakle, Robert Stephens, and Richard Perry ("Plaintiffs") and Defendant Grayson Air Conditioning, Inc. ("Defendant") (collectively "the Parties"), by and through undersigned counsel, and in compliance with the Court's June 6, 2023 Order (Doc. 31), file their joint status report setting out the status of settlement. The Parties state as follows:

1. The Parties have engaged in meaningful settlement discussions and believe they are close to reaching a final resolution.

2. Based on the progress of settlement discussions, the Parties are closing the gap between their positions and anticipate they will achieve a resolution in the next forty-five (45) days.

3. For the proceeding reasons, the Parties respectfully request the Court to stay the proceedings for an additional forty-five (45) days, at which point the Parties will again provide the Court with the status of settlement negotiations. If the Parties resolve this matter in the interim, they will immediately notify the Court.

1

4. The additional stay would allow the Parties to preserve financial resources and will promote judicial economy, thereby promoting a resolution.

5. Plaintiffs' counsel has authorized the undersigned to affix his electronic signature for filing purposes.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request the Court to enter an Order staying this matter for an additional forty-five (45) days to allow the Parties time to meet and confer, and if not resolved after forty-five (45) days, allowing the Parties to submit a Joint Status Report, notifying the Court of their progress. If the Parties resolve this matter within forty-five (45) days, they will promptly inform the Court.

Respectfully submitted,

**CHASE DEAKLE and ROBERT STEPHENS, Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

HARDIN & HUGHES LLP
2121 14th Street
Tuscaloosa, Alabama 35401
Telephone: (205) 523-0463
Facsimile: (205) 756-4463

David A. Hughes
Ala. Bar No. 3923-U82D
dhughes@hardinhughes.com
LOCAL COUNSEL FOR PLAINTIFFS

SANFORD LAW FIRM, PLLC
10800 Financial Center Parkway, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 904-1649
Facsimile: (888) 787-2040

*/s/ Colby Qualls (by permission)*
Colby Qualls

- 3 -

colby@sanfordlawfirm.com
LEAD COUNSEL FOR PLAINTIFFS

**and DEFENDANT GRAYSON AIR CONDITIONING, INC.**

PHELPS DUNBAR LLP
101 Dauphin Street, Suite 1000
Mobile, Alabama 36602
Telephone: (251) 432-4481

*/s/ Caleb W. Diaz*
Caleb W. Diaz
caleb.diaz@phelps.com

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2023, a true and correct copy of the foregoing was filed on CM/ECF and electronically served upon the following counsel of record:

David A. Hughes, Esq.
HARDIN & HUGHES LLP
2121 14th Street
Tuscaloosa, Alabama 35401
Telephone: (205) 523-0463
Facsimile: (205) 756-4463
dhughes@hardinhughes.com
***Local counsel for Plaintiffs***

Colby Qualls, Esq.
SANFORD LAW FIRM
10800 Financial Centre Pkwy
Suite 510
Little Rock, AR 72211
501-904-1649
888-787-2040 (fax)
colby@sanfordlawfirm.com
***Attorney for Plaintiffs***

>                    */s/ Caleb W. Diaz*
>                    CALEB W. DIAZ