IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**CHASE DEAKLE and ROBERT STEPHENS,**  **PLAINTIFFS**
Each Individually and on Behalf of All
Others Similarly Situated

vs. No. 1:22-cv-476-CG-N

**GRAYSON AIR CONDITIONING, INC.** **DEFENDANT**

## NOTICE OF CHANGE OF LAW FIRM AFFILIATION

PLEASE TAKE NOTICE that Colby Qualls, counsel for Plaintiffs in the above-captioned matter, is no longer affiliated with Sanford Law Firm, PLLC. Colby Qualls is now affiliated with the law firm of Forester Haynie, PLLC, located at 400 North Saint Paul Street, Suite 700, Dallas, Texas, 75201, telephone: (214) 210-2100.

Respectfully submitted,

**ATTORNEY COLBY QUALLS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing NOTICE was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Samuel Howell Brown, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
samuel@sanfordlawfirm.com

David A. Hughes, Esq.
HARDIN & HUGHES LLP
2121 14th Street
Tuscaloosa, Alabama 35401
Telephone: (205) 523-0463
dhughes@hardinhughes.com

Caleb W. Diaz, Esq.
PHELPS DUNBAR LLP
101 Dauphin Street, Suite 1000
Mobile, Alabama 36602
Telephone: (251) 432-4481
caleb.diaz@phelps.com

*/s/ Colby Qualls*
**Colby Qualls**