IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**CHASE DEAKLE and ROBERT STEPHENS,**                                    **PLAINTIFFS**
**Each Individually and on Behalf of All**
**Others Similarly Situated**

vs.                             No. 1:22-cv-476-CG-N

**GRAYSON AIR CONDITIONING, INC.**                                        **DEFENDANT**

## MOTION TO WITHDRAW—ATTORNEY COLBY QUALLS

Attorney Colby Qualls, an attorney of record herein, for his Motion to Withdraw as counsel for Plaintiffs, states as follows:

1.   The undersigned has resigned from Sanford Law Firm, PLLC, and is now affiliated with the law firm of Forester Haynie, PLLC.

2.   Samuel Brown and any other attorneys of the Sanford Law Firm, PLLC, who have entered an appearance herein will remain counsel for Plaintiffs.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Colby Qualls withdrawn and terminated as counsel for Plaintiffs.

Respectfully submitted,

**ATTORNEY COLBY QUALLS**

FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Ste. 700
Dallas, Texas 75201
Telephone: (214) 210-2100

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
cqualls@foresterhaynie.com

## CERTIFICATE OF SERVICE

I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing MOTION was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Samuel Howell Brown, Esq.
SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
samuel@sanfordlawfirm.com

David A. Hughes, Esq.
HARDIN & HUGHES LLP
2121 14th Street
Tuscaloosa, Alabama 35401
Telephone: (205) 523-0463
dhughes@hardinhughes.com

Caleb W. Diaz, Esq.
PHELPS DUNBAR LLP
101 Dauphin Street, Suite 1000
Mobile, Alabama 36602
Telephone: (251) 432-4481
caleb.diaz@phelps.com

*/s/ Colby Qualls*
**Colby Qualls**