| Billed By | Date Billed On | Description | Duration | Rate | Value |
|---|---|---|---|---|---|
| Anna Stiritz | 10/03/2022 | Receive and open firm file | 0.2 | 400.00 | 80.00 |
| Laura Edmondson | 10/03/2022 | Receipt and review of conflict check email | 0.1 | 200.00 | 20.00 |
| Anna Stiritz | 10/04/2022 | Potential Client Screening: robert stephens chase video | 0.1 | 400.00 | 40.00 |
| Paralegal | 10/04/2022 | Compose and prepare Client's Complaint for Filing with the Clerk of Court | 2.4 | 100.00 | 240.00 |
| Staff | 10/04/2022 | Work on Client's file: defendant research | 0.5 | 100.00 | 50.00 |
| Laura Edmondson | 10/28/2022 | Conference with SG re: named defendant(s) in complaint | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 10/28/2022 | Editing and revision of complaint draft | 2.5 | 200.00 | 500.00 |
| Stacy Gibson | 10/28/2022 | Conference with LE | 0.1 | 300.00 | 30.00 |
| Laura Edmondson | 10/31/2022 | Telephone Conference between Attorney and C. Deakle re: REDACTED | 0.7 | 200.00 | 140.00 |
| Laura Edmondson | 10/31/2022 | Editing and revision of complaint draft | 1.7 | 200.00 | 340.00 |
| Laura Edmondson | 11/01/2022 | Conference with SG re: complaint allegations | 0.2 | 200.00 | 40.00 |
| Laura Edmondson | 11/01/2022 | Editing and revision of complaint draft | 0.3 | 200.00 | 60.00 |
| Stacy Gibson | 11/01/2022 | Conference with LE re; complaint | 0.2 | 300.00 | 60.00 |
| Laura Edmondson | 11/08/2022 | Conference with Staff (email) re: follow-up questions for clients | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 11/08/2022 | Preparation and drafting of complaint | 0.6 | 200.00 | 120.00 |
| Laura Edmondson | 11/10/2022 | Editing and revision of complaint, cover sheet, summons, and consent to join forms | 0.3 | 200.00 | 60.00 |
| Laura Edmondson | 11/10/2022 | Conference with JS (email) re: complaint packet for review | 0.1 | 200.00 | 20.00 |
| Josh Sanford | 11/15/2022 | Editing and revision of Complaint, CTJ and Summons | 0.2 | 400.00 | 80.00 |
| Josh Sanford | 11/15/2022 | Receive, read and prepare response to email(s) from LE re filing lawsuit | 0.1 | 400.00 | 40.00 |
| Josh Sanford | 11/15/2022 | Examination of emails with Co-Counsel | 0.1 | 400.00 | 40.00 |
| Laura Edmondson | 11/16/2022 | Work on Client's file: saving finalized initial pleadings to file | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 11/16/2022 | Compose electronic communication to potential local counsel re: serving as local counsel | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 11/16/2022 | Work on Client's file: updated local counsel information in initial pleadings | 0.3 | 200.00 | 60.00 |
| Laura Edmondson | 11/16/2022 | Work on Client's file: prepared co-counsel agreement draft | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 11/16/2022 | Compose electronic communication to local counsel (email) re: initial pleadings and co-counsel agreement | 0.1 | 200.00 | 20.00 |
| Josh Sanford | 11/23/2022 | Examination of Co-Counsel Email | 0.1 | 400.00 | 40.00 |
| Laura Edmondson | 11/23/2022 | Conference with Paralegal (email) re: preparing PHV | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 11/23/2022 | Receipt and review of emails from local counsel re: confirmation of filing complaint and co-counsel agreement | 0.1 | 200.00 | 20.00 |
| Josh Sanford | 11/28/2022 | Examination of Co-Counsel Email | 0.1 | 400.00 | 40.00 |
| Laura Edmondson | 11/28/2022 | Receipt and review of PHV motion draft | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 11/28/2022 | Conference with Paralegal (email) re: revisions to PHV motion | 0.1 | 200.00 | 20.00 |

| Billed By | Date Billed On | Description | Duration | Rate | Value |
|---|---|---|---|---|---|
| Laura Edmondson | 11/28/2022 | Receipt and review of emails from local counsel re: filing PHV motion | 0.1 | 200.00 | 20.00 |
| Paralegal | 11/28/2022 | Compose electronic communication to LC re: PHV- LE | 0.1 | 100.00 | 10.00 |
| Laura Edmondson | 11/30/2022 | Conference with Staff (emails) re: ECF Notices and Issued Summons | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 11/30/2022 | Receive, read and prepare response to email from local counsel re: service of process and issued summons | 0.1 | 200.00 | 20.00 |
| Josh Sanford | 12/02/2022 | Examination of Order | 0.1 | 400.00 | 40.00 |
| Laura Edmondson | 12/02/2022 | Conference regarding strategy/next steps | 0.1 | 200.00 | 20.00 |
| Paralegal | 12/02/2022 | Conference regarding strategy/next steps | 0.1 | 100.00 | 10.00 |
| Stacy Gibson | 12/02/2022 | Conference regarding strategy/next steps | 0.1 | 300.00 | 30.00 |
| Staff | 12/02/2022 | Work on Client's file: process ECF - Order Granting PHV | 0.1 | 100.00 | 10.00 |
| Staff | 12/06/2022 | Work on Client's file: send complaint for service | 0.1 | 100.00 | 10.00 |
| Staff | 12/08/2022 | Work on Client's file: process ECF - Return of Service; efile return | 0.2 | 100.00 | 20.00 |
| Laura Edmondson | 12/13/2022 | Telephone Conference between Attorney and C. Deakle re: case status update | 0.2 | 200.00 | 40.00 |
| Laura Edmondson | 12/13/2022 | Telephone Conference between Attorney and R. Stephens re: case status update | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 12/13/2022 | Examination of intakes notes, complaint, and file in preparation for call with clients | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 12/23/2022 | Receive, read and prepare response to email from OC re: answer deadline and scheduling a call | 0.1 | 200.00 | 20.00 |
| Staff | 12/27/2022 | Work on Client's file: process ECF - Motions Referred | 0.1 | 100.00 | 10.00 |
| Laura Edmondson | 12/28/2022 | Receive, read and prepare response to email from OC re: scheduling a call | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 12/28/2022 | Receive, read and prepare response to email from OC re: conference call | 0.1 | 200.00 | 20.00 |
| Staff | 12/28/2022 | Work on Client's file: process ECF - Order Granting Extension; update deadline | 0.1 | 100.00 | 10.00 |
| Staff | 12/28/2022 | Work on Client's file: process ECF - Motion for Extension | 0.1 | 100.00 | 10.00 |
| Laura Edmondson | 01/03/2023 | Examination of intakes notes and correspondence with OC in preparation for call with OC | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 01/03/2023 | Telephone Conference with Opposing Counsel re: potential collective and resolution prospects | 0.2 | 200.00 | 40.00 |
| Josh Sanford | 01/06/2023 | Examination of Defendant's Corporate Disclosures | 0.1 | 400.00 | 40.00 |
| Josh Sanford | 01/09/2023 | Examination of Order | 0.1 | 400.00 | 40.00 |
| Staff | 01/09/2023 | Work on Client's file: process ECFs. | 0.1 | 100.00 | 10.00 |
| Staff | 01/09/2023 | Work on Client's file: process ECF - Text Only Order | 0.2 | 100.00 | 20.00 |
| Staff | 01/09/2023 | Work on Client's file: process ECF - Corporate Disclosure Statement | 0.1 | 100.00 | 10.00 |

| Billed By | Date Billed On | Description | Duration | Rate | Value |
|---|---|---|---|---|---|
| Laura Edmondson | 01/12/2023 | Conference regarding case status/next steps | 0.1 | 200.00 | 20.00 |
| Stacy Gibson | 01/12/2023 | Conference regarding case status/next steps | 0.1 | 300.00 | 30.00 |
| Josh Sanford | 01/19/2023 | Examination of Answer | 0.2 | 400.00 | 80.00 |
| Laura Edmondson | 01/19/2023 | Examination of Answer to Complaint | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 01/20/2023 | Receive, read and prepare response to email from OC re: time/pay data | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 01/20/2023 | Receipt and review of time/pay data from OC | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 01/20/2023 | Conference with Staff (email) re: preparing damages calculations | 0.1 | 200.00 | 20.00 |
| Staff | 01/24/2023 | Work on Client's file: process ECF -Answer; create contact for OC | 0.2 | 100.00 | 20.00 |
| Josh Sanford | 01/25/2023 | Examination of IOM re 216 Motion | 0.1 | 400.00 | 40.00 |
| Laura Edmondson | 01/25/2023 | Conference with SG re: preparing declarations for motion for conditional certification (email) | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 01/25/2023 | Conference with Paralegal re: setting up client calls re declarations to MCA | 0.1 | 200.00 | 20.00 |
| Paralegal | 01/25/2023 | Compose, prepare and send correspondence to Clients re: declaration call scheduling | 0.1 | 100.00 | 10.00 |
| Stacy Gibson | 01/25/2023 | Conference with LE re: MCA | 0.1 | 300.00 | 30.00 |
| Stacy Gibson | 01/25/2023 | Compose electronic communication to KV re: drafting MCA | 0.1 | 300.00 | 30.00 |
| Karolina Viehe | 01/26/2023 | Review of file and Draft of Declaration. | 1 | 200.00 | 200.00 |
| Paralegal | 01/26/2023 | Compose electronic communication to clients re: declaration call scheduling | 0.1 | 100.00 | 10.00 |
| Josh Sanford | 01/27/2023 | Receive, read and prepare response to email(s) from KV/LE re class definition | 0.1 | 400.00 | 40.00 |
| Josh Sanford | 01/27/2023 | Editing and revision of 216 Declaration | 0.2 | 400.00 | 80.00 |
| Josh Sanford | 01/27/2023 | Conference with LE re class definition | 0.1 | 400.00 | 40.00 |
| Josh Sanford | 01/27/2023 | Preparation and drafting of IOM re case management | 0.1 | 400.00 | 40.00 |
| Laura Edmondson | 01/27/2023 | Conference with DF re: declaration to motion for conditional certification | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 01/27/2023 | Editing and revision of declaration draft | 0.3 | 200.00 | 60.00 |
| Laura Edmondson | 01/27/2023 | Conference with SG re: collective allegations and case strategy | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 01/27/2023 | Conference with JS (email) re: collective allegations | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 01/27/2023 | Conference with KV (email) re: collective prospects | 0.1 | 200.00 | 20.00 |
| Paralegal | 01/27/2023 | Telephone Conference(s) with client re: declaration | 0.5 | 100.00 | 50.00 |
| Stacy Gibson | 01/27/2023 | Conference with LE re: opt in potential | 0.1 | 300.00 | 30.00 |
| Stacy Gibson | 01/27/2023 | Conference with LE re: MCA strategy | 0.1 | 300.00 | 30.00 |
| Josh Sanford | 01/31/2023 | Examination of FLSA Order | 0.1 | 400.00 | 40.00 |
| Laura Edmondson | 01/31/2023 | Conference with Paralegal (email) re: preparing Court Interrogatory answers | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 02/16/2023 | Conference regarding case status/transition | 0.1 | 200.00 | 20.00 |

| Billed By | Date Billed On | Description | Duration | Rate | Value |
|---|---|---|---|---|---|
| Colby Qualls | 02/16/2023 | Conference with LE re case status and strategy | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 02/16/2023 | Conference regarding case status/transition | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 02/16/2023 | Conference with Paralegal/CQ re: court interrogatories | 0.1 | 200.00 | 20.00 |
| Paralegal | 02/16/2023 | Preparation and Drafting of Answers to Opposing Party's re: C. Deakle | 0.9 | 100.00 | 90.00 |
| Stacy Gibson | 02/16/2023 | Conference regarding case status/transition | 0.1 | 300.00 | 30.00 |
| Staff | 02/16/2023 | Work on Client's file: process ECF - ISO; set deadlines | 0.3 | 100.00 | 30.00 |
| Colby Qualls | 02/17/2023 | Conference with LE re case status and strategy | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 02/17/2023 | Conference with LE re damages calculations | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 02/17/2023 | Editing and revision of damages calculations spreadsheets | 1.5 | 200.00 | 300.00 |
| Laura Edmondson | 02/17/2023 | Conference with CQ re: answers to court interrogatories and damages | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 02/17/2023 | Conference with CQ/Paralegal (email) re: Plaintiffs' answers to Court's Interrogatories | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 02/17/2023 | Receipt and review of Plaintiffs' answers to Court's Interrogatories | 1 | 200.00 | 200.00 |
| Paralegal | 02/17/2023 | Preparation and Drafting of Answers to Opposing Party's re: follow up questions with C. Deakle re: call | 0.4 | 100.00 | 40.00 |
| Paralegal | 02/20/2023 | Telephone Conference(s) with C. Deakle re: Court's interrogatories | 0.1 | 100.00 | 10.00 |
| Colby Qualls | 02/21/2023 | Reviewing and Editing and revision of discovery responses | 0.5 | 200.00 | 100.00 |
| Colby Qualls | 02/21/2023 | Conference with LE via email re discovery responses | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 02/21/2023 | Conference with LE re discovery responses | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 02/21/2023 | Conference with LE re discovery responses | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 02/21/2023 | Receive, read and prepare response to email(s) from local counsel | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 02/21/2023 | Examination of Damages Calculations | 0.3 | 200.00 | 60.00 |
| Colby Qualls | 02/21/2023 | Conference with LE re damages calculations | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 02/21/2023 | Conference with LE re discovery responses | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 02/21/2023 | Conference with LE re discovery responses | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 02/21/2023 | Conference with LE re Motion to Extend ROG deadline | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 02/21/2023 | Examination of draft of Joint Motion for Extension of Deadlines | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 02/21/2023 | Conference with LE re case status | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 02/21/2023 | Conference with LE re Motion to Extend Deadlines | 0.1 | 200.00 | 20.00 |
| Josh Sanford | 02/21/2023 | Examination of Motion - filed | 0.1 | 400.00 | 40.00 |
| Laura Edmondson | 02/21/2023 | Receipt and review of Plaintiffs' answers to Court's interrogatories | 0.1 | 200.00 | 20.00 |

| Billed By | Date Billed On | Description | Duration | Rate | Value |
|---|---|---|---|---|---|
| Laura Edmondson | 02/21/2023 | Conference with CQ/Paralegal (email) re: Plaintiffs's answers to Court's interrogatories | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 02/21/2023 | Conference with CQ/local counsel (email) re: Plaintiffs' answers to Court's Interrogatories | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 02/21/2023 | Conference with CQ re: damages calculations and interrogatory answers | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 02/21/2023 | Conference with local counsel/CQ/Paralegal (email) re: Answers to Court's Interrogatories deadline | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 02/21/2023 | Compose electronic communication to OC (email) re: extension request re: Plaintiff's Court Interrogatory Answers | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 02/21/2023 | Conference with CQ/Paralegal re: proposed joint motion for extension of certain deadlines | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 02/21/2023 | Receive, read and prepare response to email from OC re: deadline extensions and proposed joint motion | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 02/21/2023 | Editing and revision of joint motion for extension of deadlines draft | 0.2 | 200.00 | 40.00 |
| Laura Edmondson | 02/21/2023 | Compose electronic communication to OC (email) re: proposed joint motion draft | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 02/21/2023 | Conference with local counsel (email) re: joint motion draft | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 02/21/2023 | Telephone Conference with Opposing Counsel (left voicemail) re: proposed joint motion | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 02/21/2023 | Editing and revision of unopposed motion for extension of time draft | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 02/21/2023 | Compose electronic communication to OC (email) re: filing unopposed motion | 0.1 | 200.00 | 20.00 |
| Paralegal | 02/21/2023 | Preparation and drafting of Joint motion for extension | 0.6 | 100.00 | 60.00 |
| Paralegal | 02/21/2023 | Filing of Motion for Extension | 0.2 | 100.00 | 20.00 |
| Colby Qualls | 02/22/2023 | Receipt and review of Order referring Motion to Magistrate Judge | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 02/22/2023 | Receipt and review of Order granting Motion for extension of deadlines | 0.1 | 200.00 | 20.00 |
| Josh Sanford | 02/22/2023 | Examination of Clerk's Notice | 0.1 | 400.00 | 40.00 |
| Josh Sanford | 02/22/2023 | Examination of Order | 0.1 | 400.00 | 40.00 |
| Laura Edmondson | 02/22/2023 | Receipt and review of text-only order on unopposed motion for extension of time | 0.1 | 200.00 | 20.00 |
| Staff | 02/22/2023 | Work on Client's file: process ECF - Motions Referred | 0.1 | 100.00 | 10.00 |
| Staff | 02/22/2023 | Work on Client's file: process ECF - Motion for Extension of Time | 0.1 | 100.00 | 10.00 |
| Staff | 02/23/2023 | Work on Client's file: process ECF - Order; update deadlines | 0.1 | 100.00 | 10.00 |
| Law Clerk | 02/24/2023 | Draft Motion PHV-CQ | 0.2 | 100.00 | 20.00 |
| Law Clerk | 02/24/2023 | Draft Motion MTW-LE | 0.1 | 100.00 | 10.00 |
| Colby Qualls | 02/27/2023 | Conference with law clerk via email re PHV | 0.1 | 200.00 | 20.00 |

| Billed By | Date Billed On | Description | Duration | Rate | Value |
|---|---|---|---|---|---|
| Stacy Gibson | 02/28/2023 | Compose electronic communication IOM re: PHV | 0.1 | 300.00 | 30.00 |
| Colby Qualls | 03/01/2023 | Conference with Paralegal re discovery | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 03/03/2023 | Conference with Staff re client status update | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 03/03/2023 | Conference with LE re case status and strategy | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 03/03/2023 | Reviewing and Editing and revision of PHV Motion | 0.2 | 200.00 | 40.00 |
| Laura Edmondson | 03/03/2023 | Conference with CQ re: collective prospects | 0.1 | 200.00 | 20.00 |
| Stacy Gibson | 03/03/2023 | Conference with CQ and LE re; case strategy | 0.1 | 300.00 | 30.00 |
| Colby Qualls | 03/06/2023 | Conference with LE re court rog's and case status | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 03/07/2023 | Receive, read and prepare response to email(s) from OC | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 03/07/2023 | Receive, read and prepare response to email(s) from OC | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 03/07/2023 | Conference with LE via telephone re case strategy | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 03/07/2023 | Conference with Paralegal via electronic communication re client status update | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 03/07/2023 | Preparation and drafting of Joint Motion for Extension of Deadlines | 0.4 | 200.00 | 80.00 |
| Colby Qualls | 03/07/2023 | Telephone Conference(s) with Opposing Counsel | 0.2 | 200.00 | 40.00 |
| Colby Qualls | 03/07/2023 | Conference with Staff via electronic communication re client status update | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 03/07/2023 | Reviewing and Editing and revision of Joint Motion to Stay | 0.4 | 200.00 | 80.00 |
| Colby Qualls | 03/07/2023 | Receive, read and prepare response to email(s) from OC | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 03/07/2023 | Conference with LE re case strategy | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 03/07/2023 | Receive, read and prepare response to email(s) from local counsel | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 03/07/2023 | Reviewing and Editing and revision of Joint Motion to Stay | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 03/07/2023 | Reviewing and Editing and revision of PHV Motion | 0.2 | 200.00 | 40.00 |
| Colby Qualls | 03/07/2023 | Conference with Paralegal via email re PHV | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 03/07/2023 | Conference with Paralegal via telephone re Joint Motion to Stay | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 03/07/2023 | Receive, read and prepare response to email(s) from local counsel | 0.1 | 200.00 | 20.00 |
| Josh Sanford | 03/07/2023 | Examination of Joint Motion | 0.1 | 400.00 | 40.00 |
| Laura Edmondson | 03/07/2023 | Conference with CQ (RC Call) re: discovery responses and deadline extension | 0.1 | 200.00 | 20.00 |
| Laura Edmondson | 03/07/2023 | Editing and revision of motion to withdraw draft | 0.2 | 200.00 | 40.00 |

| Billed By | Date Billed On | Description | Duration | Rate | Value |
|---|---|---|---|---|---|
| Laura Edmondson | 03/07/2023 | Conference with CQ/Paralegal re: motion to withdraw to file | 0.1 | 200.00 | 20.00 |
| Paralegal | 03/07/2023 | Compose, prepare and send correspondence to Client re: call/ voicemail/ text re: court interrogatories | 0.1 | 100.00 | 10.00 |
| Paralegal | 03/07/2023 | Filing of Joint Motion to Stay | 0.1 | 100.00 | 10.00 |
| Colby Qualls | 03/08/2023 | Receipt and review of Motion Referred to Magistrate Judge | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 03/08/2023 | Receipt and review of Notice of Endorsement | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 03/08/2023 | Receipt and review of Notice of Endorsement | 0.1 | 200.00 | 20.00 |
| Josh Sanford | 03/08/2023 | Examination of Chambers email | 0.1 | 400.00 | 40.00 |
| Staff | 03/08/2023 | Work on Client's file: process ECF - Motion to Stay | 0.1 | 100.00 | 10.00 |
| Staff | 03/08/2023 | Work on Client's file: process ECF - Motions Referred | 0.1 | 100.00 | 10.00 |
| Colby Qualls | 03/09/2023 | Receipt and review of Order granting Motion to Stay | 0.1 | 200.00 | 20.00 |
| Josh Sanford | 03/09/2023 | Examination of Order | 0.1 | 400.00 | 40.00 |
| Paralegal | 03/09/2023 | Telephone Conference(s) with C. Deakle re case update | 0.2 | 100.00 | 20.00 |
| Stacy Gibson | 03/09/2023 | Examination of IOMs re: PHV/MTW | 0.1 | 300.00 | 30.00 |
| Staff | 03/09/2023 | Work on Client's file: process ECF - Order Granting Stay; remove pretrial deadlines | 0.1 | 100.00 | 10.00 |
| Staff | 03/09/2023 | Work on Client's file: process ECFs. | 0.1 | 100.00 | 10.00 |
| Staff | 03/09/2023 | Work on Client's file: process ECFs. | 0.1 | 100.00 | 10.00 |
| Colby Qualls | 03/13/2023 | Receipt and review of PHV Motion referred to Magistrate Judge | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 03/13/2023 | Receipt and review of PHV Motion referred to Magistrate Judge | 0.1 | 200.00 | 20.00 |
| Paralegal | 03/13/2023 | Work on Client's file: registered CQ for e-filing | 0.1 | 100.00 | 10.00 |
| Staff | 03/13/2023 | Work on Client's file: process ECF - PHV | 0.1 | 100.00 | 10.00 |
| Staff | 03/13/2023 | Work on Client's file: process ECF - Motions Referred | 0.1 | 100.00 | 10.00 |
| Laura Edmondson | 03/14/2023 | Compose electronic communication to clients (emails) re: status update and attorney transition | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 03/15/2023 | Receive, read and prepare response to email(s) from OC | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 03/15/2023 | Receipt and review of Order re PHV | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 03/15/2023 | Receipt and review of Order re PHV | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 03/15/2023 | Receipt and review of Referral of Motion to MJ | 0.1 | 200.00 | 20.00 |
| Paralegal | 03/15/2023 | Preparation and drafting of CTJ | 0.1 | 100.00 | 10.00 |
| Paralegal | 03/15/2023 | Filing of MTW re: LE | 0.1 | 100.00 | 10.00 |
| Stacy Gibson | 03/15/2023 | Receipt and review of order granting PHV, email to Paralegal re: filing MTW | 0.1 | 300.00 | 30.00 |
| Staff | 03/15/2023 | Work on Client's file: process ECF - Order on PHV | 0.1 | 100.00 | 10.00 |
| Staff | 03/15/2023 | Work on Client's file: process ECF - Motion to Withdraw | 0.1 | 100.00 | 10.00 |

| Billed By | Date Billed On | Description | Duration | Rate | Value |
|---|---|---|---|---|---|
| Staff | 03/15/2023 | Work on Client's file: process ECF - Referral of Motion | 0.1 | 100.00 | 10.00 |
| Colby Qualls | 03/16/2023 | Receipt and review of Order re Motion to Withdraw Attorney | 0.1 | 200.00 | 20.00 |
| Stacy Gibson | 03/16/2023 | Receipt and review of order granting withdrawal | 0.1 | 300.00 | 30.00 |
| Staff | 03/17/2023 | Work on Client's file: process ECF - Order on MTW | 0.1 | 100.00 | 10.00 |
| Colby Qualls | 03/20/2023 | Conference regarding case status/strategy | 0.1 | 200.00 | 20.00 |
| Stacy Gibson | 03/20/2023 | Conference regarding case status/strategy | 0.1 | 300.00 | 30.00 |
| Colby Qualls | 04/05/2023 | Receive, read and prepare response to email(s) from OC | 0.2 | 200.00 | 40.00 |
| Colby Qualls | 04/06/2023 | Receive, read and prepare response to email(s) from OC | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 04/06/2023 | Examination of draft of Joint Status Report | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 04/06/2023 | Receipt and review of minute entry referring Joint Status Report | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 04/11/2023 | Receipt and review of Order re Status Report | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 04/11/2023 | Conference with Staff via email re damages calculations | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 04/11/2023 | Receive, read and prepare response to email(s) from OC | 0.1 | 200.00 | 20.00 |
| Josh Sanford | 04/11/2023 | Examination of Order | 0.1 | 400.00 | 40.00 |
| Stacy Gibson | 04/11/2023 | Compose electronic communication to TF re: ECF receipt | 0.1 | 300.00 | 30.00 |
| Staff | 04/11/2023 | Work on Client's file: process ECF - Text Only Order; set deadline | 0.1 | 100.00 | 10.00 |
| Colby Qualls | 05/01/2023 | Receive, read and prepare response to email(s) from OC | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 05/02/2023 | Conference regarding case status/next steps | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 05/02/2023 | Receive, read and prepare response to email(s) from OC | 0.1 | 200.00 | 20.00 |
| Stacy Gibson | 05/02/2023 | Conference regarding case status/next steps | 0.1 | 300.00 | 30.00 |
| Colby Qualls | 05/03/2023 | Work on Client's file: Edit and revision of damages calculations | 0.7 | 200.00 | 140.00 |
| Colby Qualls | 05/03/2023 | Work on Client's file: edit and revision of damages calculations | 0.2 | 200.00 | 40.00 |
| Colby Qualls | 05/03/2023 | Conference with SB re case status | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 05/03/2023 | Preparation and drafting of Settlement Demand Letter | 1.2 | 200.00 | 240.00 |
| Colby Qualls | 05/03/2023 | Telephone Conference(s) with Opposing Counsel | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 05/03/2023 | Reviewing and Editing and revision of settlement demand and damages calculations | 0.4 | 200.00 | 80.00 |
| Colby Qualls | 05/03/2023 | Receive, read and prepare response to email(s) from OC | 0.1 | 200.00 | 20.00 |

| Billed By | Date Billed On | Description | Duration | Rate | Value |
|---|---|---|---|---|---|
| Colby Qualls | 05/03/2023 | Reviewing and Editing and revision of damages calculations | 0.3 | 200.00 | 60.00 |
| Paralegal | 05/03/2023 | Filing of CTJ re: R. Perry | 0.1 | 100.00 | 10.00 |
| Stacy Gibson | 05/03/2023 | Examination of IOM re: pleadings | 0.1 | 300.00 | 30.00 |
| Staff | 05/03/2023 | Work on Client's file: update pleadings filed | 0.1 | 100.00 | 10.00 |
| Paralegal | 05/04/2023 | Work on Client's file: logged demand | 0.1 | 100.00 | 10.00 |
| Colby Qualls | 05/16/2023 | Receive, read and prepare response to email(s) from OC | 0.1 | 200.00 | 20.00 |
| Staff | 05/17/2023 | Work on Client's file: process ECF - CTJ; update master list | 0.1 | 100.00 | 10.00 |
| Colby Qualls | 05/24/2023 | Receive, read and prepare response to email(s) from OC | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 05/30/2023 | Conference re: case status/strategy | 0.1 | 200.00 | 20.00 |
| Stacy Gibson | 05/30/2023 | Conference re: case status/strategy | 0.1 | 300.00 | 30.00 |
| Colby Qualls | 05/31/2023 | Receive, read and prepare response to email(s) from OC | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 05/31/2023 | Receive, read and prepare response to email(s) from OC | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 05/31/2023 | Telephone Conference(s) with Opposing Counsel | 0.2 | 200.00 | 40.00 |
| Colby Qualls | 05/31/2023 | Receive, read and prepare response to email(s) from OC | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 05/31/2023 | Receipt and review of damages calculations from OC | 0.1 | 200.00 | 20.00 |
| Paralegal | 05/31/2023 | Work on Client's file: added informal discovery from Def. to file | 0.1 | 100.00 | 10.00 |
| Colby Qualls | 06/01/2023 | Receipt and review of Motion to Withdraw Attorney | 0.1 | 200.00 | 20.00 |
| Staff | 06/01/2023 | Work on Client's file: process ECF - Motion to Withdraw | 0.1 | 100.00 | 10.00 |
| Colby Qualls | 06/02/2023 | Receipt and review of Minute Entry referring MTW to Judge Granade | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 06/02/2023 | Reviewing and Editing and revision of Joint Status Report | 0.2 | 200.00 | 40.00 |
| Staff | 06/02/2023 | Work on Client's file: process ECF - Motions Referred | 0.1 | 100.00 | 10.00 |
| Colby Qualls | 06/05/2023 | Receipt and review of Order on MTW | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 06/05/2023 | Reviewing and Editing and revision of Joint Status Report | 0.2 | 200.00 | 40.00 |
| Colby Qualls | 06/05/2023 | Receive, read and prepare response to email(s) from OC | 0.2 | 200.00 | 40.00 |
| Colby Qualls | 06/05/2023 | Receipt and review of Minute Entry re Referral of Joint Status Report | 0.1 | 200.00 | 20.00 |
| Josh Sanford | 06/05/2023 | Examination of Order | 0.1 | 400.00 | 40.00 |
| Josh Sanford | 06/05/2023 | Examination of Clerk's Notice | 0.1 | 400.00 | 40.00 |
| Staff | 06/05/2023 | Work on Client's file: process ECF - Order on MTW | 0.1 | 100.00 | 10.00 |
| Staff | 06/05/2023 | Work on Client's file: process ECF - Status Report | 0.1 | 100.00 | 10.00 |
| Staff | 06/05/2023 | Work on Client's file: process ECF - Document Referred | 0.1 | 100.00 | 10.00 |

| Billed By | Date Billed On | Description | Duration | Rate | Value |
|---|---|---|---|---|---|
| Colby Qualls | 06/06/2023 | Receipt and review of Order on re Status Report | 0.1 | 200.00 | 20.00 |
| Josh Sanford | 06/06/2023 | Examination of Order | 0.1 | 400.00 | 40.00 |
| Josh Sanford | 06/06/2023 | Examination of Order | 0.1 | 400.00 | 40.00 |
| Staff | 06/06/2023 | Work on Client's file: process ECF - Order Granting Stay; set deadlines | 0.2 | 100.00 | 20.00 |
| Colby Qualls | 06/12/2023 | Work on Client's file: examination of time and pay records; revision of damages calculations | 2.3 | 200.00 | 460.00 |
| Colby Qualls | 06/12/2023 | Conference with SB re case status | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 06/12/2023 | Telephone Conference(s) between Attorney and Client (Deakle) | 0.4 | 200.00 | 80.00 |
| Colby Qualls | 06/12/2023 | Compose and send electronic communication to Client (Stephens) | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 06/12/2023 | Receive, read and prepare response to email(s) from OC | 0.2 | 200.00 | 40.00 |
| Colby Qualls | 06/12/2023 | Receive, read and prepare response to email(s) from Client (Stephens) | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 06/12/2023 | Telephone Conference(s) between Attorney and Client (Perry) | 0.3 | 200.00 | 60.00 |
| Colby Qualls | 06/13/2023 | Receive, read and prepare response to email(s) from OC | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 06/16/2023 | Conference with SB re case status and strategy | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 06/16/2023 | Conference regarding case status/strategy | 0.1 | 200.00 | 20.00 |
| Stacy Gibson | 06/16/2023 | Conference regarding case status/strategy | 0.1 | 300.00 | 30.00 |
| Colby Qualls | 06/28/2023 | Conference with SB via email re case strategy | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 06/28/2023 | Conference with Paralegal re client status update (Stephens) | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 06/28/2023 | Receive, read and prepare response to email(s) from OC | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 06/28/2023 | Preparation and drafting of attention letter for Client (Stephens) | 0.2 | 200.00 | 40.00 |
| Colby Qualls | 06/28/2023 | Conference with Paralegal via email re sending out attention letter | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 06/28/2023 | Conference with SB via email re case strategy | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 06/28/2023 | Receive, read and prepare response to email(s) from OC | 0.1 | 200.00 | 20.00 |
| Paralegal | 06/28/2023 | Telephone Conference(s) with R. Stephens re: REDACTED | 0.1 | 100.00 | 10.00 |
| Paralegal | 06/28/2023 | Perform legal research regarding updated contact info for R. Stephens | 0.2 | 100.00 | 20.00 |
| Colby Qualls | 07/11/2023 | Conference regarding case status/strategy | 0.1 | 200.00 | 20.00 |
| Stacy Gibson | 07/11/2023 | Conference regarding case status/strategy | 0.1 | 300.00 | 30.00 |
| Colby Qualls | 07/17/2023 | Conference with JS via email re case strategy and settlement negotiations | 0.3 | 200.00 | 60.00 |
| Colby Qualls | 07/18/2023 | Conference with JS via email re case status and strategy | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 07/18/2023 | Conference with JS via email re settlement negotiations | 0.1 | 200.00 | 20.00 |

| Billed By | Date Billed On | Description | Duration | Rate | Value |
|---|---|---|---|---|---|
| Colby Qualls | 07/18/2023 | Conference with JS re case status and negotiations | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 07/18/2023 | Receive, read and prepare response to email(s) from OC | 0.2 | 200.00 | 40.00 |
| Colby Qualls | 07/18/2023 | Conference with Paralegal via electronic communication re client status update (Stephens) | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 07/18/2023 | Conference with Paralegal via electronic communication re client status update | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 07/18/2023 | Telephone Conference(s) with Opposing Counsel | 0.1 | 200.00 | 20.00 |
| Colby Qualls | 07/18/2023 | Compose and send electronic communication to Client (Stephens) | 0.1 | 200.00 | 20.00 |
| Josh Sanford | 07/18/2023 | Receive, read and prepare response to email(s) from CQ re counter offer | 0.1 | 400.00 | 40.00 |
| Josh Sanford | 07/18/2023 | Discussion of case status and directing case strategy to Attorney CQ | 0.1 | 400.00 | 40.00 |
| Paralegal | 07/18/2023 | Telephone Conference(s) with R. Stephens re: REDACTED | 0.1 | 100.00 | 10.00 |
| Josh Sanford | 07/20/2023 | Telephone Conference(s) with OC | 0.1 | 400.00 | 40.00 |
| Josh Sanford | 07/20/2023 | Examination of JSR - filed | 0.1 | 400.00 | 40.00 |
| Josh Sanford | 07/21/2023 | Examination of Order | 0.1 | 400.00 | 40.00 |
| Staff | 07/21/2023 | Work on Client's file: process ECF - Order; update deadlines | 0.1 | 100.00 | 10.00 |
| Staff | 07/21/2023 | Work on Client's file: process ECFs. | 0.2 | 100.00 | 20.00 |
| Staff | 07/21/2023 | Work on Client's file: process ECF - Status Report | 0.1 | 100.00 | 10.00 |
| Josh Sanford | 07/24/2023 | Receive, read and prepare response to email(s) from OC | 0.1 | 400.00 | 40.00 |
| Josh Sanford | 07/25/2023 | Telephone Conference(s) with OC | 0.1 | 400.00 | 40.00 |
| Josh Sanford | 07/25/2023 | Receive, read and prepare response to email(s) from OC with offer | 0.1 | 400.00 | 40.00 |
| Josh Sanford | 07/25/2023 | Compose electronic communication - OC | 0.1 | 400.00 | 40.00 |
| Paralegal | 07/25/2023 | Work on Client's file: added letter from payroll to file re R. Perry | 0.1 | 100.00 | 10.00 |
| Staff | 07/28/2023 | Work on Client's file: process ECF - Judge Assignment | 0.1 | 100.00 | 10.00 |
| Law Clerk | 08/03/2023 | Draft Motion - CQ Motion to Withdraw | 0.1 | 100.00 | 10.00 |
| Staff | 08/03/2023 | Work on Client's file: process ECFs. | 0.1 | 100.00 | 10.00 |
| Law Clerk | 08/09/2023 | Draft Motion for JS PHV. | 0.6 | 100.00 | 60.00 |
| Law Clerk | 08/09/2023 | Draft Motion - Motion and Application for Admission Pro Hac Vice for SB | 0.6 | 100.00 | 60.00 |
| Paralegal | 08/10/2023 | Preparation and drafting of settlement spreadsheet | 0.4 | 100.00 | 40.00 |
| Samuel Brown | 08/14/2023 | Editing and revision of settlement agreement drafts | 0.5 | 200.00 | 100.00 |
| Samuel Brown | 08/14/2023 | Telephone Conference(s) between Attorney and Client Deakle re: REDACTED | 0.3 | 200.00 | 60.00 |
| Samuel Brown | 08/14/2023 | Telephone Conference(s) between Attorney and Client Perry re: REDACTED | 0.3 | 200.00 | 60.00 |
| Samuel Brown | 08/14/2023 | Compose, prepare and send correspondence to Client Stephens re: REDACTED | 0.1 | 200.00 | 20.00 |

| Billed By | Date Billed On | Description | Duration | Rate | Value |
|---|---|---|---|---|---|
| Samuel Brown | 08/14/2023 | Compose electronic communication to OC re: edits to settlement agreement | 0.1 | 200.00 | 20.00 |
| Paralegal | 08/15/2023 | Preparation and drafting of SB's PHV motion & accompanying materials | 0.6 | 100.00 | 60.00 |
| Paralegal | 08/16/2023 | Filing of SB phv motion | 0.4 | 100.00 | 40.00 |
| Paralegal | 08/16/2023 | Compare changes of OC edit to settlement agreement - change all | 0.5 | 100.00 | 50.00 |
| Paralegal | 08/16/2023 | Work on Client's file: draft message to send with settlement agreement | 0.2 | 100.00 | 20.00 |
| Paralegal | 08/16/2023 | Compose electronic communication - send agreement & tax forms for signature | 0.4 | 100.00 | 40.00 |
| Paralegal | 08/16/2023 | Receipt and review of signed agreement & tax forms/reformat tax docs | 0.2 | 100.00 | 20.00 |
| Staff | 08/16/2023 | Work on Client's file: process ECFs. | 0.1 | 100.00 | 10.00 |
| Staff | 08/16/2023 | Work on Client's file: process ECF - Motions Referred | 0.1 | 100.00 | 10.00 |
| Staff | 08/16/2023 | Work on Client's file: process ECF - Order | 0.1 | 100.00 | 10.00 |
| Samuel Brown | 08/17/2023 | Receipt and review of email from OC re: settlement agreement | 0.1 | 200.00 | 20.00 |
| Samuel Brown | 08/17/2023 | Compose, prepare and send correspondence to Clients re: settlement agreement to sign | 0.1 | 200.00 | 20.00 |
| Paralegal | 08/18/2023 | Receipt and review of returned agreement & tax forms/format tax forms | 0.2 | 100.00 | 20.00 |
| Staff | 08/18/2023 | Work on Client's file: process ECF - Order on MTW | 0.1 | 100.00 | 10.00 |
| Staff | 08/18/2023 | Work on Client's file: process ECFs. | 0.1 | 100.00 | 10.00 |
| Staff | 08/18/2023 | Work on Client's file: process ECF - Motion to Withdraw | 0.1 | 100.00 | 10.00 |
| Staff | 08/18/2023 | Work on Client's file: process ECFs. | 0.1 | 100.00 | 10.00 |
| Samuel Brown | 08/21/2023 | Editing and revision of draft Motion for Approval | 0.3 | 200.00 | 60.00 |
| | | **Total hours:** | **61.1** | **Total Billing:** | **11,530.00** |
| EXPENSE | 12/2/2022 | Filing Fee and Laura Edmondson PHV Fee Paid to Hardin Hughes | N/A | N/A | 477.00 |
| EXPENSE | 12/15/2022 | ABC Legal Service Fee | N/A | N/A | 69.00 |
| EXPENSE | 3/13/2023 | Colby Qualls PHV Fee | N/A | N/A | 75.00 |
| EXPENSE | 6/6/2023 | Docket Report | N/A | N/A | 0.40 |
| EXPENSE | 8/16/2023 | Samuel Brown PHV Fee | N/A | N/A | 75.00 |
| | | | | **Total Expenses:** | **696.40** |
| | | | | **Overall total:** | **12,226.40** |