IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**CHASE DEAKLE and ROBERT STEPHENS,**               **PLAINTIFFS**
Each Individually and on Behalf of All
Others Similarly Situated

vs.                      No. 1:22-cv-476-CG-N

**GRAYSON AIR CONDITIONING, INC.**                    **DEFENDANT**

### JOINT STIPULATION OF DISMISSAL OF ROBERT STEPHENS WITHOUT PREJUDICE

Plaintiffs Chase Deakle, Robert Stephens, and Richard Perry, and Defendant Grayson Air Conditioning, Inc., by and through their undersigned counsel, and for their Joint Stipulation of Dismissal of Robert Stephens without Prejudice, state as follows:

1.   Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby jointly stipulate to the dismissal of the claims of Plaintiff Robert Stephens without prejudice.

2.   The dismissal of the above Plaintiff from this case is not intended to affect the claims of the remaining Plaintiffs.

3.   The parties therefore ask the Court to dismiss Robert Stephens from this case without prejudice, pursuant to this stipulation.

Page 1 of 3
Chase Deakle, et al. v. Grayson Air Conditioning, Inc.
U.S.D.C. (S.D. Ala.) No. 1:22-cv-476-CG-N
Joint Stipulation of Dismissal of Robert Stephens without Prejudice

Respectfully submitted,

**CHASE DEAKLE, ROBERT STEPHENS, and RICHARD PERRY, PLAINTIFFS**

HARDIN & HUGHES LLP
2121 14th Street
Tuscaloosa, Alabama 35401
Telephone: (205) 523-0463
Facsimile: (205) 756-4463

David A. Hughes
Ala. Bar No. 3923-U82D
dhughes@hardinhughes.com
LOCAL COUNSEL FOR PLAINTIFFS

SANFORD LAW FIRM, PLLC
10800 Financial Center Parkway, Ste 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Samuel Brown*
Samuel Brown
Ark. Bar No. 2020210
samuel@sanfordlawfirm.com
LEAD COUNSEL FOR PLAINTIFFS

and   **DEFENDANT GRAYSON AIR CONDITIONING, INC.**

PHELPS DUNBAR LLP
101 Dauphin Street, Suite 1000
Mobile, Alabama 36602
Telephone: (251) 432-4481

*/s/ Caleb W. Diaz*
Caleb W. Diaz
caleb.diaz@phelps.com

## CERTIFICATE OF SERVICE

      I hereby certify that on August 24, 2023, a true and correct copy of the foregoing was filed on CM/ECF and electronically served upon the following counsel of record:

Caleb W. Diaz, Esq.
PHELPS DUNBAR LLP
101 Dauphin Street, Suite 1000
Mobile, Alabama 36602
Telephone: (251) 432-4481
caleb.diaz@phelps.com

                                                */s/ Samuel Brown*
                                                **Samuel Brown**