IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**CHASE DEAKLE and ROBERT STEPHENS,**  **PLAINTIFFS**
Each Individually and on Behalf of All
Others Similarly Situated

vs.                    No. 1:22-cv-476-KD-N

**GRAYSON AIR CONDITIONING, INC.**  **DEFENDANT**

### NOTICE OF FILING OF AMENDED SETTLEMENT AGREEMENTS

On November 13, this Court entered an Order directing that the Parties file amended versions of the Settlement Agreements and Releases ("Agreements") which address the Court's concerns laid out within the Order. The Parties have conferred and fully executed amended Agreements, copies of which are attached herein as Exhibits 1 and 2. The dates of the Plaintiffs' releases run specifically to the date on which each Plaintiff signed his original Agreement, and no farther.

Respectfully submitted,

**CHASE DEAKLE, ROBERT STEPHENS, and RICHARD PERRY, PLAINTIFFS**

HARDIN & HUGHES LLP
2121 14th Street
Tuscaloosa, Alabama 35401
Telephone: (205) 523-0463
Facsimile: (205) 756-4463

David A. Hughes
Ala. Bar No. 3923-U82D
dhughes@hardinhughes.com
LOCAL COUNSEL FOR PLAINTIFFS
SANFORD LAW FIRM, PLLC

Page 1 of 2
Chase Deakle, et al. v. Grayson Air Conditioning, Inc.
U.S.D.C. (S.D. Ala.) No. 1:22-cv-476-KD-N
Notice of Filing of Amended Settlement Agreements

10800 Financial Center Parkway, Ste 510  
Little Rock, Arkansas 72211  
Telephone: (501) 221-0088  
Facsimile: (888) 787-2040  

*/s/ Samuel Brown*  
Samuel Brown  
Ark. Bar No. 2020210  
samuel@sanfordlawfirm.com  
LEAD COUNSEL FOR PLAINTIFFS

### CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2023, a true and correct copy of the foregoing was filed on CM/ECF and electronically served upon the following counsel of record:

Caleb W. Diaz, Esq.  
PHELPS DUNBAR LLP  
101 Dauphin Street, Suite 1000  
Mobile, Alabama 36602  
Telephone: (251) 432-4481  
caleb.diaz@phelps.com

*/s/ Samuel Brown*  
**Samuel Brown**

Page 2 of 2  
Chase Deakle, et al. v. Grayson Air Conditioning, Inc.  
U.S.D.C. (S.D. Ala.) No. 1:22-cv-476-KD-N  
Notice of Filing of Amended Settlement Agreements