IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHASE DEAKLE and ROBERT STEPHENS, each individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GRAYSON AIR CONDITIONING, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 22-00476-KD-N<br>)<br>)<br>)<br>) |

## STIPULATED FINAL JUDGMENT

In accordance with the Order issued this date approving the parties' settlement under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*., it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Plaintiff Chase Deakle and opt-in Plaintiff Richard Perry II, and against Grayson Air Conditioning, Inc., in the total amount of $31,000.00. It is further **ORDERED, ADJUDGED** and **DECREED** that that sum shall be allocated as follows:

1) to Plaintiff Chase Deakle, $6,000.00 in overtime wages and an equal sum in liquidated damages, for a total of $12,000.00.

2) to opt-in Plaintiff Richard Perry II $6,000.00 in overtime wages and an equal sum in liquidated damages, for a total of $12,000.00.

3) the sum of $7,000.00 in attorney's fees.

Accordingly, this action is **DISMISSED with prejudice.**

**DONE** and **ORDERED** this 5th day of December 2023.

<u>s / Kristi K. DuBose</u>
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**